[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: JUUL LABS, INC. MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **Case No. 19-md-02913-WHO** |
| THIS DOCUMENT RELATES TO: *La Conner School District v. JUUL Labs, Inc., et al.*, Case No. 3:19-cv-06904 | **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff La Conner School District, by and through its undersigned counsel of record, hereby gives notice that the claims in the above action are voluntarily dismissed, without prejudice, as against all defendants.

RESPECTFULLY SUBMITTED this 18th day of March, 2021.

**KELLER ROHRBACK L.L.P.**

By  */s/ Dean Kawamoto*         __
Dean Kawamoto, SBA #232032
Derek W. Loeser, *admitted pro hac vice*
Gretchen Freeman Cappio, *admitted pro hac vice*
Felicia J. Craick, *admitted pro hac vice*
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
Email: dkawamoto@kellerrohrback.com
      dloeser@kellerrohrback.com
      gcappio@kellerrohrback.com
      fcraick@kellerrohrback.com

*Attorneys for Plaintiff La Conner School District*

## CERTIFICATE OF SERVICE

I, Dean N. Kawamoto, hereby certify that on March 18, 2021, I electronically filed **NOTICE OF VOLUNTARY DISMISSAL** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Dean N. Kawamoto*
Dean N. Kawamoto